Lela J. Ruspantini, Executrix of Estate of Italo Ruspantini, Deceased, Appellant, v. Samuel Steffek, Appellee.

Gen. No. 45,549.

Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Philip E. Ryan, and Thomas C. Hollywood, for appellee; Ode Rankin, and Philip E. Ryan, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed February 11, 1952; rehearing allowed February 26, 1952; new opinion filed March 31, 1952; released for publication April 28, 1952.

Rose Petrosky, Plaintiff-Appellant, v. The Great Atlantic and Pacific Tea Company, Defendant-Appellee.

Gen. No. 10,520.